**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Ricardo CLEMENT, AKA Ricco Ricardo Clement, Defendant—Appellant.**

No. 08–50322.

United States Court of Appeals, Ninth Circuit.

Submitted July 14, 2009 *.

Filed July 28, 2009.

Michael J. Raphael, Esquire, Assistant U.S., Bruce Hamilton Searby, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Michael Tanaka, Deputy Federal Public Defender, FPDCA—Federal Public Defender's Office, Los Angeles, CA, Ricardo Clement, Hollywood, CA, for Defendant–Appellant.

Before: SCHROEDER, THOMAS, and WARDLAW, Circuit Judges.

MEMORANDUM **

Ricardo Clement appeals from the judgment revoking his probation and imposing a sentence of 30 days imprisonment and 35 months supervised release. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Clement's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).